

NUMBER 13-15-00344-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

MARCO A. DELGADO, ET AL.,                                    Appellants,

v.

JUAN LINO GARZA, SR., ET AL.,                                    Appellees.

On Appeal from the 93rd District Court
of Hidalgo County, Texas

## ORDER ABATING APPEAL

Before Justices Benavides, Perkes, and Longoria
Per Curiam

This cause is before the Court on the record and appellees' unopposed motion to

abate the appeal to allow the parties the opportunity to engage in settlement negotiations.

The Court, having examined and fully considered the documents on file and the

unopposed motion to abate, is of the opinion that the motion to abate the appeal pending

settlement negotiations should be granted. The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until July 11, 2016.

The Court directs appellants to file, on or before July 11, 2016, either (1) a motion to reinstate the appeal, accompanied by appellees' brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed this
the 31st day of May, 2016.

2